IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CR14 |
| vs. | ) | |
| | ) | ORDER |
| VIRGINIA RAMIREZ-MELENDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the defendant's Motion to Extend Pretrial Motion Deadline [29] for the reason that counsel needs additional time to review discovery. The record shows that discovery materials were served as of February 6, 2009, *see* Filing No. 25, and the two codefendants were able to timely file pretrial motions. I find that the defendant has not shown good cause for the requested continuance. Nor has the defendant filed an affidavit or declaration regarding speedy trial, as required by NECrimR 12.1 and/or 12.3. For these reasons,

    **IT IS ORDERED** that the defendant's Motion [29] is denied.

    Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" within five (5) business days.

    **DATED February 18, 2009.**

                                           **BY THE COURT:**

                                           **s/ F.A. Gossett**
                                           **United States Magistrate Judge**